**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Terrance Wayne GLENN,
Defendant–Appellant.**

No. 08–7204.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2008.

Decided: Dec. 3, 2008.

Terrance Wayne Glenn, Appellant Pro Se. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, KING, and AGEE, Circuit Judges.

PER CURIAM:

Terrance Wayne Glenn appeals the district court's order granting him a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Glenn,* No. 7:05–cr01003–HMH–11 (D.S.C. July 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*